```
                              FILED
                         November 20, 2012
                        CLERK, US DISTRICT COURT
                         EASTERN DISTRICT OF
                              CALIFORNIA
                             DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT ROBERSON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-cr-00400-GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Robert Roberson</u>; Case <u>2:12-cr-00400-GEB</u> from custody and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendant's wife, Diane Roberson

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>11/20/2012</u> at 2:15 pm

By _____
        Kendall J. Newman
        United States Magistrate Judge