DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ROBERT K. ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-cr-0400 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ROBERT K. ROBERSON, | |
| Defendant. | |

The parties request that the status conference, currently set for April 5, 2013 at 9:00 a.m., be continued to June 14, 2013 at 9:00 a.m., and stipulate that the time beginning April 5, 2013 and extending through June 14, 2013, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defense Counsel is continuing to review the discovery in the case, including making arrangements to view seized computer evidence. Additional time is needed for Defense Counsel to review this discovery.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a

//

1 speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2 Dated: April 3, 2013                             /s/ David W. Dratman
                                                  DAVID W. DRATMAN
3                                                 Attorney for Defendant
                                                  ROBERT K. ROBERSON
4

5
  Dated:  April 3, 2013                           BENJAMIN B. WAGNER
6                                                 UNITED STATES ATTORNEY

7
                                              By: /s/ Matthew G. Morris*
8                                                 MATTHEW G. MORRIS
                                                  Assistant U.S. Attorney
9                                                 *Signed with permission

10                                **ORDER**

11     The Court, having considered the stipulation of the parties, and good cause appearing

12 therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the

13 stipulation of the parties, the Court finds that the failure to grant the requested continuance

14 would deny defense counsel reasonable time necessary for effective preparation, taking into

15 account the exercise of due diligence.  The Court specifically finds that the ends of justice

16 served by the granting of such continuance outweigh the interests of the public and that the

17 time from April 5, 2013  to and including June 14, 2013, shall be excluded from computation

18 of time within which the trial of this case must be commenced under the Speedy Trial Act,

19 pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel)(18

20 U.S.C. § 3161(h)(7)(A) and (B)(iv).

21     IT IS SO ORDERED.

22 Dated: April 3, 2013

23
24                                                _____
                                                  GARLAND E. BURRELL, JR.
25                                                Senior United States District
                                                  Judge
26
27
28