DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ROBERT K. ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT K. ROBERSON,<br><br>Defendant. | 2:12-cr-0400 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**. |
|---|---|

The parties request that the status conference, currently set for May 8, 2014 at 9:30 a.m., be continued to June 5, 2014 at 9:30 a.m., and stipulate that the time beginning May 8, 2014 and extending through June 5, 2014, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defense Counsel is continuing to review the discovery in the case, including making arrangements to view seized computer evidence and consulting with an expert as needed.  Additional time is needed for Defense Counsel to review the discovery so that he can properly advise his client. In addition, the parties expect to be engaged in plea negotiations that will be impacted by the result of Defense Counsel's examination of the

evidence in this case, his potential consultation with an expert, as well as his gathering materials to share with the Government prior to the next status conference.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: May 1, 2014            /s/ David W. Dratman
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              ROBERT K. ROBERSON


Dated:  May 1, 2014           BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              By: /s/ Matthew G. Morris*
                              MATTHEW G. MORRIS
                              Assistant U.S. Attorney
                              *Signed with permission

## **ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance

outweigh the interests of the public and that the time from May 8, 2014 to and including June 5, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel) (18 U.S.C.§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 6, 2014

_____
Troy L. Nunley
United States District Judge