1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5

6  Attorney for Defendant
   ROBERT K. ROBERSON
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:12-cr-0400 TLN

12         Plaintiff,                     STIPULATION AND ORDER
                                          CONTINUING STATUS
13     vs.                                CONFERENCE, AND EXCLUDING
                                          TIME UNDER THE SPEEDY TRIAL
14 ROBERT K. ROBERSON,                    ACT.

15         Defendant.

16     The parties request that the status conference, currently set for February 5, 2015 at

17 9:30 a.m., be continued to April 30, 2015 at 9:30 a.m., and stipulate that the time

18 beginning March 12, 2015 and extending through April 30, 2015, should be excluded

19
   from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.
20

21     Defense counsel is continuing to review the discovery in the case, including

22 making arrangements to view seized computer evidence and consulting with an expert as

23 needed.  Additional time is needed for defense counsel to review the discovery so that he

24
   can properly advise his client. In addition, the parties expect to be engaged in plea
25

26 negotiations that will be impacted by the result of defense counsel's examination of the

27 evidence in this case, his potential consultation with an expert, as well as his gathering

28

materials to share with the Government prior to the next status conference. In addition, defense counsel is currently in trial.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. (18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

Dated: March 10, 2015        /s/ David W. Dratman
                             DAVID W. DRATMAN
                             Attorney for Defendant
                             ROBERT K. ROBERSON


Dated:  March 10, 2015       BENJAMIN B. WAGNER
                             UNITED STATES ATTORNEY

                             By: /s/ Matthew G. Morris*
                             MATTHEW G. MORRIS
                             Assistant U.S. Attorney
                             *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance

1 | outweigh the interests of the public and that the time from March 12, 2015 to and
2 | including April 30, 2015 shall be excluded from computation of time within which the
3 | trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code
4 | T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§
5 | 3161(h)(7)(A) and (B)(iv)).

IT IS SO ORDERED.

DATED: March 10, 2015

_____
Troy L. Nunley
United States District Judge