1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5

6  Attorney for Defendant
   ROBERT K. ROBERSON
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          **2:12-cr-0400 TLN**

      Plaintiff,
12                                      **STIPULATION AND ORDER FOR**
                                        **REMOVAL OF LOCATION**
13    vs.                               **MONITORING**

14  ROBERT K. ROBERSON,

      Defendant.
15

16       Plaintiff, United States of America, through its attorney of record, Matthew G.

17  Morris, Assistant U.S. Attorney; and, defendant Robert K. Roberson, through his

18  attorney, David W. Dratman, stipulate as follows:

19
     1.  Robert K. Roberson has been ordered to self-surrender to the Bureau of Prisons
20
         facility at Terminal Island on May 19, 2017 by 2:00 p.m.
21

22   2. Mr. Roberson seeks an order that Pretrial Services remove the location monitoring

23      device from his person on May 17, 2017 at or before 4:00 p.m. so that Mr.
24
        Roberson may travel by plane to Los Angeles on May 18, 2017, so that he may
25
        self-surrender by or before May 19, 2017 before 2:00 p.m.   Pretrial Services does
26
27      not oppose this request as Mr. Roberson has been compliant with all of the terms

28

**STIPULATION AND [PROPOSED] ORDER FOR REMOVAL OF LOCATION MONITORING**

1

of his release conditions.

Dated:  April 24, 2017                         DAVID W. DRATMAN

                                             /s/ David W. Dratman
                                             DAVID W. DRATMAN
                                             Attorney for Defendant
                                             ROBERT K. ROBERSON

Dated: April 24, 2017                         PHILLIP A. TALBERT
                                             ACTING UNITED STATES ATTORNEY

                                             By: /s/ Matthew G. Morris*
                                             MATTHEW G. MORRIS
                                             Assistant U.S. Attorney
                                             *Signed with permission

## ORDER

IT IS SO ORDERED.

Dated:  April 24, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER FOR REMOVAL OF LOCATION MONITORING**

2