DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ROBERT K. ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT K. ROBERSON,

Defendant.

**2:12-cr-0400 TLN**

**REQUEST AND [PROPOSED] ORDER TO EXONERATE BAIL**

Based upon notification that Defendant, Robert K. Roberson, has surrendered to the Bureau of Prisons to commence his sentence, it is respectfully requested that the unsecured $50,000.00 appearance bond in his case be exonerated.

Dated: May 23, 2017

DAVID W. DRATMAN

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
ROBERT K. ROBERSON

**ORDER**

IT IS SO ORDERED.

Dated: May 23, 2017.

_____
EDMUND F. BRENNAN
United States Magistrate Judge