

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER

UNITED STATES OF AMERICA

        Plaintiff(s),

v.                                  Case No. 2:12-cr-400-01-TLN

ROBERT KEVIN ROBERSON

        Defendant(s).

I, Alan Ellis, attorney for Defendant, Robert Kevin Roberson, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | <u>Law Offices of Alan Ellis</u> |
| Address: | 35501 South Highway 1, Unit 150 |
| City: | Gualala |
| State: | CA   ZIP Code: 95445-9553 |
| Voice Phone: | (415) 235-9058 |
| FAX Phone: | (415) 493-6976 |
| Internet E-mail: | AELaw1@alanellis.com |
| Additional E-mail: | AELaw50@alanellis.com |
| I reside in City: | Gualala         State:   CA |

I was admitted to practice in the Supreme Court of Pennsylvania (court) on January 8, 1968 (date).  I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☒ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

<u>US v. Brian Pickard, No. 2:11cr00449-16, May 26, 2020, granted June 3, 2020</u>

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:       David W. Dratman

Firm Name:

Address:    1007 7th Street, Suite 305

City:       Sacramento

State:      CA     ZIP Code: 95814

Voice Phone: (916) 443-2000

FAX Phone:   (916) 443-0989

E-mail:     dwdratman@aol.com

Dated:  <u>September 24, 2020</u>      Petitioner: <u>/s/ Alan Ellis</u>_____

**ORDER**

IT IS SO ORDERED.

Dated: September 28, 2020

_____
Troy L. Nunley
United States District Judge