McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT K. ROBERSON,<br><br>Defendant. | CASE NO. 2:12-CR-400-TLN<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 2, 2020. ECF No. 93.

2. Counsel for the government requests time to obtain relevant records and draft the government's response. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before October 16, 2020;

   b) The defendant's reply to the government's response to be filed on or before October 23, 2020.

STIPULATION RE BRIEFING SCHEDULE                                              1

IT IS SO STIPULATED.

Dated: October 9, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: October 9, 2020

/s/ DAVID W. DRATMAN
(auth. by email 10/9/20)
DAVID W. DRATMAN
Counsel for Defendant
ROBERT K. ROBERSON

Dated: October 9, 2020

/s/ ALAN ELLIS (auth. by email 10/9/20)
ALAN ELLIS
*Pro hac vice*
Counsel for Defendant
ROBERT K. ROBERSON

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion is due on or before October 16, 2020;

b) The defendant's reply to the government's response, if any, is due on October 23, 2020.

IT IS SO FOUND AND ORDERED this 13th day of October, 2020.

Troy L. Nunley
United States District Judge

STIPULATION RE BRIEFING SCHEDULE