DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

ALAN ELLIS, *Pro Hac Vice*
Law Offices of Alan Ellis
PA Bar No. 17430
80 Pinheiro Circle
Novato, CA 94945
Telephone: 415-895-5076
Email: AELaw1@AlanEllis.com

Attorneys for Defendant
ROBERT K. ROBERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT K. ROBERSON,<br><br>                    Defendant. | CASE NO.  2:12-CR-400<br><br>STIPULATION REGARDING SCHEDULE FOR EMERGENCY MOTION FOR COMPASSIONATE RELEASE (COVID-19); FINDINGS AND ORDER<br><br>COURT: Hon. Troy L. Nunley |

Defendant Robert K. Roberson, by and through his counsel, and, plaintiff United States of America, (the "government") by and through its counsel of record, hereby stipulate as follows:

1.  Defendant filed a motion for compassionate release on October 2, 2020. ECF No. 93.

2. Counsel stipulated that the government's response could be filed on or before October 16,, 2020 and that defendant's reply to the government's reply could be filed on or before October 23, 2020.  The Court adopted the briefing schedule by order dated October 13, 2020. ECF No. 95.

3. Counsel for the defendant requests additional time to draft and file its reply.  The government

STIPULATION RE BRIEFING SCHEDULE                    1

does not oppose defendant's request.

4. Accordingly, by this stipulation, the parties jointly request that defendant be granted until on or before October 30, 2020 to file its reply to the government's opposition.

IT IS SO STIPULATED.

Dated: October 20, 2020                 /s/ DAVID W. DRATMAN
                                        DAVID W. DRATMAN
                                        Attorney for Defendant
                                        ROBERT K. ROBERSON


Dated: October 20, 2020                 /s/ ALAN ELLIS
                                        ALAN ELLIS
                                        *Pro Hac Vice*
                                        Attorney for Defendant
                                        ROBERT K. ROBERSON

Dated: October 20, 2020                 MCGREGOR W. SCOTT
                                        UNITED STATES ATTORNEY

                                        By: /s/ MATTHEW G. MORRIS*
                                        MATTHEW G. MORRIS
                                        Assistant U.S. Attorney
                                        *(authorized by email 10/20/20)

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders that defendant's reply to the government's opposition is due on October 30, 2020.

IT IS SO FOUND AND ORDERED this 21st day of October, 2020.

                                        _____
                                        Troy L. Nunley
                                        United States District Judge

STIPULATION RE BRIEFING SCHEDULE                    2