UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT K. ROBERSON<br><br>　　　　　　　　Defendant. | CASE NO.  2:12-CR-00400-TLN<br><br>**ORDER SEALING DOCUMENTS** |

　　　　Pursuant to Local Rule 141(b), and based on the representations contained in Defendant Robert K. Roberson's Request to Seal (*See* ECF No. 105), IT IS HEREBY ORDERED that Defendant's Exhibits 12 and 13 to Defendant's motion for reconsideration of order denying compassionate release as well as Defendant's Request shall be SEALED until further order of this Court.

　　　　It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that sealing these docouments serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of the public filing of its Notice

1 to Seal, the Court further finds that there are no additional alternatives to sealing these documents that
2 would adequately protect the compelling interests identified by Defendant.
3     IT IS SO ORDERED.
4 DATED:  December 11, 2020

                                              Troy L. Nunley
                                              United States District Judge